**ESN, LLC, Plaintiff–Appellant,**

v.

**CISCO SYSTEMS, INC. and Cisco–Linksys, LLC, Defendants–Appellees.**

No. 2010–1185.

United States Court of Appeals, Federal Circuit.

Oct. 8, 2010.

Peter J. McAndrews, McAndrews, Held & Malloy, Ltd., of Chicago, IL, argued for plaintiff-appellant. With him on the brief were George P. McAndrews, Heather Anne Bjella and Gerald C. Willis, Jr.

Charles K. Verhoeven, Quinn Emanuel Urquhart & Sullivanm, LLP of San Francisco, CA, argued for defendants-appellees. With him on the brief were Victoria F. Maroulis and Kevin A. Smith.

Before RADER, Chief Judge, DYK, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**